IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CLEOPHAS KIRKSEY,<br><br>        Defendant. | No. CR 13-00667 WHA<br><br>**ORDER FILING UNDER SEAL** |

   For good cause shown, the Presentence Report referenced in defense counsel's declaration in support of the Motion to File Presentence Report Under Seal shall be filed under seal.

   IT IS SO ORDERED.

   __May 31, 2016.__   _____
   DATED                WILLIAM ALSUP
                        United States District Judge

CR 13-00667 WHA
DECL., MOT. & ORD FILING UNDER SEAL