**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11          Plaintiff,                                    No. CR 13-00667 WHA

12       v.

13   CLEOPHAS KIRKSEY,                           **ORDER TO SHOW CAUSE**

14          Defendant.

15   _____/

16          Defendant, represented by counsel, has moved to vacate, set aside, or correct his

17   sentence.  The motion and case files do not "conclusively show" that defendant is not entitled to

18   relief.  See 28 U.S.C. 2255.  The government is ORDERED TO SHOW CAUSE within

19   **SEVENTY-FIVE DAYS** after the Section 2255 motion was filed why the motion should not be

20   granted, if that is its position, and to file then all portions of the record relevant to the motion.  If

21   the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from

22   submission of the opposition to reply.

23          **IT IS SO ORDERED.**

24

25   Dated:  May 31, 2016.

26                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

27

28