BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP GUENTERT (CABN 147374)
Chief, Criminal Division

JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7168
Email: jerome.mayer-cantu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLEOPHAS KIRKSEY, <br><br> Defendant. | No. CR 13-00667 WHA <br><br> MOTION TO FILE OPPOSITION TO MOTION UNDER 28 U.S.C. § 2255 LATE AND [PROPOSED] ORDER |

The United States hereby moves to file its opposition to defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 out of time. The Court initially set the due date of the government's response as August 8, 2016. Unfortunately, the ECF notice was served only on an Assistant United States Attorney who left the office many years ago, and no current Assistant United States Attorney entered an appearance. Accordingly, undersigned counsel did not note the new due date, and the opposition was not filed on August 8. For that reason, the government seeks leave to file its opposition on August 10, 2016.

1   Counsel for Kirksey does not object to the government's late filing.

2   DATED: August 10, 2016                                  Respectfully submitted,

4                                                           BRIAN J. STRETCH
                                                            United States Attorney

7                                                           *Jerome Mayer-Cantú*
                                                            JEROME MAYER-CANTÚ
                                                            Assistant United States Attorney

   The United States' Motion to File Opposition to Motion Under 28 U.S.C. § 2255 is hereby GRANTED. The Opposition shall be filed on August 10, 2016.

   IT IS SO ORDERED.

   Dated: August 11, 2016.                                  WILLIAM ALSUP
                                                            United States District Judge

MOTION TO FILE OPPOSITION
NO. CR 13-00667 WHA