IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 13-0667 WHA |
| v. | |
| CLEOPHAS KIRKSEY, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| Defendant. | |

The undersigned judge declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

Dated: May 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE