# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: JAY BIEBER, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND GLEN E. PRATT, WARDEN OF THE CALIFORNIA REHABILITATION CENTER, AND/OR ANY OF THEIR AUTHORIZED DEPUTIES:

Pursuant to the foregoing petition and order, you are directed to produce the body of Cleophas Kirksey (a.k.a., Christopher Kevin Kirksey), who is in the custody of the Secretary of the California Department of Corrections and Rehabilitation and is currently housed at the California Rehabilitation Center (located at 5th Street & Western, Norco, California 92860), before the duty United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on January 10, 2025, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release Cleophas Kirksey (a.k.a., Christopher Kevin Kirksey) from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: October 31, 2024



Mark B. Busby
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: Gina Agustine
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:13-cr-00667-WHA