ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Fax: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLEOPHAS KIRKSEY (A.K.A., CHRISTOPHER KEVIN KIRKSEY), <br><br> Defendant. | CASE NO. 3:13-cr-00667-WHA <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:13-cr-00667-WHA

TO:   THE HONORABLE LISA J. CISNEROS, UNITED STATES MAGISTRATE JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA

Assistant United States Attorney Michael G. Lagrama respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Cleophas Kirksey (a.k.a., Christopher Kevin Kirksey), whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, Cleophas Kirksey (a.k.a., Christopher Kevin Kirksey), is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: December 28, 2024

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Michael G. Lagrama*
Michael G. Lagrama
Assistant United States Attorney